

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

VIA FAX

| | |
|---|---|
| DAVID L. SPECKMAN,<br><br>  Plaintiff,<br><br>v.<br><br>PINNACLE FINANCIAL GROUP INCORPORATED, a Minnesota corporation, T-MOBILE USA, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.: 06CV01772 H (RBB)<br><br>[PROPOSED] ORDER *by fax* GRANTING PINNACLE FINANCIAL GROUP INCORPORATED LEAVE FOR TELEPHONIC APPEARANCE AT EARLY NEUTRAL EVALUATION CONFERENCE<br><br>Magistrate Judge: Ruben B. Brooks<br>Courtroom: 1185<br><br>ENE Date: October 3, 2006<br>ENE Time: 2:00 p.m. |

Having considered Defendant Pinnacle Financial Group Incorporated's Ex Parte Application, and documents filed in support, and finding good cause,

IT IS HEREBY ORDERED that *the client representative for* Defendant Pinnacle Financial Group Incorporated may appear at the October 3, 2006 Early Neutral Evaluation Conference by telephone.

Dated: Sept. 29, 2006

*/s/ Ruben Brooks*
United States Magistrate Judge

505117.1 / 1690-5001

1

[PROPOSED] ORDER GRANTING LEAVE FOR TELEPHONIC APPEARANCE AT EARLY NEUTRAL EVALUATION CONFERENCE BY PINNACLE FINANCIAL GROUP INCORPORATED
Case No.: 06CV01772