UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID SPECKMAN, | ) | Civil No. 06cv1772 H(RBB) |
| Plaintiff, | ) ) ) | ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING |
| v. | ) ) | RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |
| PINNACLE FINANCIAL GROUP INCORPORATED, a Minnesota corporation; T-MOBILE USA, INC., a Delaware corporation; DOES 1-50, inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

On October 3, 2006, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

1    2.   The rule 26(f) conference shall be completed on or before
2  November 6, 2006.
3    3.   No discovery plan is required.
4    4.   The initial disclosures pursuant to rule 26(a)(1)(A-D)
5  shall occur on or before November 13, 2006.
6    5.   A telephonic, attorneys-only settlement conference is set
7  for November 9, 2006, at 8:00 a.m.  Counsel for Plaintiff is to
8  initiate the call.
9    Plaintiff's(s') counsel shall serve a copy of this order on
10 all parties that enter this case after the date of this order.
11   Failure of any counsel or party to comply with this order may
12 result in sanctions.
13   IT IS SO ORDERED.
14
15 DATED:   October 3, 2006                   _____
16                                             Ruben B. Brooks
                                               United States Magistrate Judge
17
   cc:
18 Judge Huff
   All Parties of Record
19